IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



OSCAR ROBINSON     PLAINTIFFS

VS.     CIVIL ACTION NO.:1:2004cv00340

LEFLEUR TRANSPORTATION OF TUPELO, INC.
LEFLEUR TRANSPORTATION OF JACKSON, INC.
LEFLEUR TRANSPORTATION OF NATCHEZ, INC.
LEFLEUR TRANSPORTATION OF GEORGIA, INC
LEFLEUR TRANSPORTATION OF TEXAS, INC.
THOMAS P. MCDONNELL, III     DEFENDANTS

**Severed from:**

POINDEXTER YOUNG, JR., et al.     PLAINTIFFS

vs.     CASE NO. 3:02CV1747-WS

LEFLEUR TRANSPORTATION OF TUPELO,
INC., ET AL.     DEFENDANTS

### ORDER OF DISMISSAL
### WITH PREJUDICE AND FINAL JUDGMENT

At a hearing held on November 16, 2004, the Court considered the plaintiff's attorneys' Motion to Withdraw as Counsel in this case. The basis of the motion was the plaintiff's attorneys' determination that the evidence does not support the plaintiff's claims. Despite having been notified that his failure to appear at the November 16 hearing would result in the dismissal of all his claims with prejudice, the plaintiff did not appear at the hearing. The Court, having considered the motion, determined that the plaintiff's claims should be dismissed with prejudice and that the motion to withdraw as counsel should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's attorneys should be permitted to withdraw as counsel for the plaintiff in this action and that this action should be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

On December 13, 2004, an Order allowing the Plaintiffs additional time was erroneously entered by the Court. That Order is hereby withdrawn.

SO ORDERED AND ADJUDGED, this the 27th day of Dec., 2004.

_____
UNITED STATES MAGISTRATE JUDGE